JACOB NELKIN, INTERVENOR-PETITIONER, v. SAM GOL-
FINOPOULOS, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Bloom and Drobner* for the petitioner.

*Mr. John Montis, Mr. David Kravitz* and *Mr. Burton
Peskin* for the respondents.

October 14, 1969. Denied.

MARVIN ROSS, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
TOWNSHIP OF HARDING, DEFENDANT-RESPONDENT.

*Messrs. Vogel, Chait & Wacks* and *Mr. Stephen B. Fiver-
son* for the petitioners.

*Messrs. Meyner and Wiley* and *Mr. Thomas D. Hogan* for
the respondent.

October 14, 1969. Granted.

KATHERINE SCOLLANTE, PLAINTIFF-RESPONDENT, v.
J. & M. FASHIONS, INC., DEFENDANT-PETITIONER.

*Messrs. Mason, Griffin & Moore* and *Mr. Kester R. Pierson*
for the petitioner.

*Messrs. Chamlin & Schottland* for the respondent.

October 14, 1969. Denied.